UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 3:25-CR-117-TAV-JEM |
| BOBBY KNOWLES, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Bobby Knowles's oral motion to continue the April 21, 2026 trial date.

The parties appeared before the undersigned on February 26, 2026, for a suppression and evidentiary hearing on Defendant's Motion to Suppress [Doc. 19]. Assistant United States Attorney Miriam Johnson appeared on behalf of the Government. Assistant Federal Defender Jonathan A. Moffatt represented Defendant Knowles, who was also present. At the conclusion of the hearing, Mr. Moffatt moved to continue the trial to give time for a ruling on the suppression motion. AUSA Johnson stated the Government did not object. The parties agreed on a new trial date of July 14, 2026.

Based upon the parties' positions at the hearing, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due

diligence. *See id.* § 3161(h)(7)(B)(i), (iv). In this regard, on February 26, the undersigned held an evidentiary hearing on Defendant's motion to suppress evidence and heard the parties' arguments on the motion. *See id.* § 3161(h)(1)(D). The undersigned must prepare a report and recommendation on the issues raised in the suppression motion. *See id.* § 3161(h)(1)(H). Thereafter, the parties will need time to file objections and responses to objections, and the District Judge will need time to rule on the motion considering the report and recommendation and the parties' filings. *See id.* § 3161(h)(1)(H). Additionally, the Court finds that counsel for both parties will need time to prepare for trial after receiving the Court's rulings on the motion. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the April 21, 2026 trial date.

The Court therefore **GRANTS** Defendant's oral motion to continue the trial. The trial of this case is reset to **July 14, 2026.** A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the evidentiary hearing on February 26, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant's oral motion to continue the trial is **GRANTED**;

(2) the trial of this matter is reset to commence on **July 14, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the evidentiary hearing on **February 26, 2026**, and the new trial date of **July 14, 2026,** is fully excludable under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 15, 2026**;

(5) the parties are to appear before the undersigned for a final pretrial conference on **June 30, 2026, at 11:00 a.m.**;

(6) the deadline for filing motions *in limine* is **June 29, 2026,** and responses to motions *in limine* are due on or before **July 7, 2026**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 2, 2026.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

3